

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 20, 2025

<u>Via ECF</u>
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



      Re:    *Center for Constitutional Rights v. U.S. Department of State et al.*,
              No. 25 Civ. 6879 (KPF)

Dear Judge Failla:

      This Office represents defendants the U.S. Department of State and the U.S. Agency for International Development (together, the "Government") in the above-referenced case brought by plaintiff Center for Constitutional Rights ("Plaintiff") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write respectfully on behalf of all parties at the direction of the Court to request that the initial pre-trial conference be adjourned *sine die*.

      On November 19, 2025, the parties received an e-mail from your Honor's Courtroom Deputy regarding the initial pre-trial conference that was scheduled for November 21, 2025. The e-mail directed the parties to confer and provide the Court with new dates for the conference by 4:00 P.M. After conferring, the parties respectfully requested that the conference be adjourned *sine die* for the reasons discussed below, and the Court requested that we file a letter for the Court's endorsement.

      Because this is an action brought pursuant to the FOIA, which in essence seeks review of agency action, the parties respectfully submit that pursuant to Federal Rule of Civil Procedure 26(a)(1)(B)(i) and 26(f), this action is exempt from initial disclosures and the 26(f) conference and report. The parties plan to have an initial discussion regarding Plaintiff's FOIA request on November 21, 2025. The parties have agreed to continue to meet and confer regarding the Government's responses. Accordingly, the parties respectfully submit that an initial conference is not necessary at this time.

      Moreover, the parties anticipate that this matter, like most FOIA matters, will be resolved either consensually or through motions for summary judgment without discovery. *See Wood v. FBI*, 432 F.3d 78, 85 (2d Cir. 2005); *Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 812 (2d Cir. 1994). The parties respectfully propose to provide the Court with a joint status update regarding their progress every 45 days, with their first letter due on January 5, 2026.

      The parties thank the Court for its consideration of this matter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By:    /s/ *Rebecca L. Salk*
        REBECCA L SALK
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2614
        rebecca.salk@usdoj.gov

cc: Counsel of record (via ECF)

---

Application GRANTED. The initial pretrial conference previously scheduled for November 21, 2025, is ADJOURNED *sine die*. Consistent with their proposal, the parties are ORDERED to provide the Court with a joint status update regarding the progress of this case every 45 days, and the first update letter shall be due on **January 5, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated:    November 21, 2025    SO ORDERED.
        New York, New York

                                        HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE