

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 21, 2026

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Center for Constitutional Rights v. U.S. Department of State, et al.*,
             No. 25 Civ. 6879 (KPF)

Dear Judge Failla:

This Office represents defendants United States Department of State ("DOS") and United States Agency for International Development ("USAID" and together with DOS, the "Agencies") in connection with the above-referenced matter brought by the Center for Constitutional Rights ("CCR") pursuant to the Freedom of Information Act ("FOIA"). I write respectfully on behalf of all parties to provide a status update, per the parties' prior proposal and the Court's order dated April 7, 2026. *See* ECF Nos. 24-25.

As noted in the parties' January 2026 status report, USAID initially located over 17 million records potentially responsive to CCR's FOIA request, and DOS initially located over 8,900 potentially responsive records comprising over 900,000 pages. *See* ECF No. 20.

CCR initially identified Request Nos. 1 and 4 as priority requests, and subsequently identified four key documents related to Request No. 1 (a, b, c, e) and two priority custodians, which could potentially lead to a narrowing of its request.

On December 12, 2025, the Agencies shared their search parameters with CCR and have asked for guidance or a counterproposal to narrow the search results. CCR requested additional information regarding the Agencies' search capabilities, which the Agencies shared with CCR in early January 2026.

As explained in the parties' February 2026 status update, on February 19, 2026, USAID produced what it has identified as two of the priority documents. At the same time, USAID informed CCR that searches of the two priority custodians' emails between October 1, 2024-June 30, 2025, returned over 10,000 emails. As explained in the parties' April 7 status report, on March 25, 2026, USAID produced what it had identified as the third priority document. USAID concluded its search for the fourth priority document but was unable to locate it. DOS is currently searching for it. On April 17, USAID made its third production to CCR, which consisted of 12 pages of records of the two priority custodians, with portions of those pages withheld pursuant to

FOIA exemptions.

On April 21, 2026, the parties met and conferred regarding the February 19 and March 25, 2026 productions and information shared regarding USAID searches as well as exemptions claimed in the production to date.  Following that meet-and-confer, on May 4, 2026, CCR emailed USAID with: (i) questions about certain of the exemptions applied in the productions to date; (ii) a request for information on DOS's search parameters; and (iii) questions about USAID's productions to date.

USAID responded to certain of CCR's requests about the productions to date on May 13, 2026.  On May 20, 2026, USAID made its fourth production to CCR, which consisted of additional email files from the two priority custodians.  Today, May 21, 2026, DOS provided CCR with information about its search protocol.  USAID is currently reviewing CCR's questions about the exemptions applied in its first two productions and will respond to CCR before the next status report.

Given these steps that have occurred, the parties believe that they can continue to narrow or focus the searches, and will confer on next steps regarding DOS's searches.

The parties respectfully propose to provide the Court with a further status update regarding their progress in 45 days, by July 6, 2026.  In the interim, the parties will continue their discussions of the FOIA request and the Agencies' search for and review of responsive records.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Tara Schwartz*
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2633
Email: tara.schwartz@usdoj.gov

cc: Counsel of Record (by ECF)